AO 240A    (Rev. 1/94) Order on Application to Proceed Without Prepayment of Fees

# United States District Court
## District of the Northern Mariana Islands

FILED
Clerk
District Court

JAN - 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

INVICTUS T. FELICIANO

Plaintiff

V.

EASTERN HOPE CORPORATION

Defendant

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

CASE NUMBER: CV 08 - 0001

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED.

   ☒ The clerk is directed to file the complaint.

   ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this __8th__ day of __January__, __2008__.

_____
Signature of Judicial Officer

Honorable, Alex R. Munson, Chief Judge
Name and Title of Judicial Officer