| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Invictus T. Feliciano | COURT CASE NUMBER<br>08-0001 |
|---|---|
| DEFENDANT<br>Eastern Hope Corporation | TYPE OF PROCESS<br>Civil Summons |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Eastern Hope Corporation
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** PMB 519, Box 10000, Saipan, MP 96950

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stephen C. Woodruff, Attorney
2nd Floor, Hill Law Office, Susupe
Saipan, MP 96950

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                         Fold

FILED
Clerk
District Court

JAN 25 2008

For The Northern Mariana Islands
By_____
                (Deputy Clerk)

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
[signature]                                                                                 TELEPHONE NUMBER  670-235-3872   DATE  01-14-2008

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 005 | District to Serve<br>No. 005 | Signature of Authorized USMS Deputy or Clerk<br>[signature] SDUSM | Date<br>01-24-08 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
EUNAE LEE  MANAGER

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service   Time
01-24-08          4:15  ☒ pm

Signature of U.S. Marshal or Deputy
[signature] SDUSM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $0.97 | ∅ | $45.97 | -0- | $45.97 | |

REMARKS:
1 DEPUTY - 1 ENDEAVOR  x  $45.00
2 MILES ROUND TRIP  .485 x 2 = 97¢
TOTAL  $45.97

**PRIOR EDITIONS<br>MAY BE USED**                          **1. CLERK OF THE COURT**                          FORM USM-285 (Rev. 12/15/80)