ORIGINAL

F I L E D
Clerk
District Court

FEB 2 9 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1   **TORRES BROTHERS, LLC**
**Joaquin DLG. Torres, Esq.** (FO257)
2   Attorneys at Law
P.O. Box 501856
3   Saipan, MP 96950
Bank of Guam Building, Third Floor
4   Tel.:  (670) 233-5504/6
Fax: (670) 233-5510
5   *Attorneys for Defendant*

6

## IN THE UNITED STATES DISTRICT COURT
7   ## FOR THE NORTHERN MARIANA ISLANDS

8
INVICTUS T. FELICIANO,                )       Civil Action No. __08-0001__
9                                       )
      **Plaintiff,**                    )
10                                      )
      v.                                )       **ANSWER AND AFFIRMATIVE**
11                                      )       **DEFENSES**
EASTERN HOPE CORPORATION,              )
12                                      )
      **Defendant.**                    )
13   _____)

14

      COMES NOW, Defendant EASTERN HOPE CORPORATION, by and through its attorney
15
Joaquin DLG. Torres, and hereby file this Answer and Affirmative Defenses.  As such, Defendant
16
answers the following accordingly:
17
1.    As to Paragraphs 8, 10, 11, 13 and 14 of the complaint, Defendant ADMITS the allegations
18
      contained therein.
19
2.    As to Paragraphs 1, 2, 3, 4, 5, 6, 9, 12, 15, 16, 17, 18, 20, 21, 22 and 23 of the complaint,
20
      Defendant DENIES the allegations contained therein.
21
3.    As to Paragraph 7 of the complaint, Defendant admits that Defendant filed charges of
22
      discrimination with the Equal Employment Opportunity Commission ("EEOC") in Saipan,
23
      Commonwealth of the Northern Mariana Islands but denies the rest of the allegations
24
      contained therein.

1

4.    Paragraph 19 of the complaint does not illicit a response and on that basis Defendant denies the same.

AFFIRMATIVE DEFENSES:

1.    Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2.    Plaintiff's Complaint is barred by the Doctrine of Waiver.

3.    Plaintiff's Complaint is barred by the Doctrine of Estoppel.

4.    Plaintiff's Complaint is barred by the Doctrine of Laches.

5.    Plaintiff's Complaint is barred by the Doctrine of Unclean Hands.

6.    Plaintiff's Complaint is barred or must be reduced by accord and satisfaction.

WHEREFORE, Defendant **EASTERN HOPE CORPORATION** prays for relief as follows:

1.    That Plaintiff take nothing by her Complaint.

2.    For Costs and fees associated with this action; and

3.    For other relief this Court deems appropriate.

Respectfully Submitted on this _29_ day of February, 2008.

TORRES BROTHER, LLC.
Attorneys At Law

JOAQUIN DLG. TORRES
Attorney for Eastern Hope Corporation