```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   MAR 21 2008

                                             For The Northern Mariana Islands
                                             By_____
                                                      (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| INVICTUS T. FELICIANO, ) | Civil Action No. 08-0001 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE MANAGEMENT |
| ) | SCHEDULING ORDER |
| EASTERN HOPE CORPORA- ) | |
| TION, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

THIS MATTER was set for a case management conference today by order dated February 29, 2008. No counsel for either party appeared. Accordingly, the court issues this order with dates chosen by the court.

AO 72
(Rev. 08/82)

1

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4,

IT IS ORDERED THAT:

1. All parties are to be joined on or before May 1, 2008.

2. All motions to amend pleadings shall be filed on or before May 1, 2008.

3. All discovery shall be served by August 1, 2008. No discovery material shall be filed with the court except as necessary to support a motion.

4. All discovery motions shall be filed so as to be heard on or before September 18, 2008. Motions shall be filed in accordance with Local Rule 7.1.

5. A status/settlement conference will be held on July 11, 2008, at 9:00 a.m.

6. All dispositive motions shall be filed so as to be heard on or before October 23, 2008. Said motions shall be filed in accordance with Local Rules 7.1 and/or 56.1.

7. A settlement conference will be held on October 31, 2008, at 9:00 a.m.

8. The jointly-prepared final pretrial order shall be filed with the court by 3:30 p.m., November 17, 2008. (Local Rule 16.2CJ.e.9.)

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. *See* Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

9. A final pretrial conference will be held on November 21, 2008, at 9:00 a.m.

10. Trial shall begin on December 1, 2008, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED this 21st day of March 2008.

_____
ALEX R. MUNSON
Judge