FILED
Clerk
District Court

JUL -1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

INVICTUS T. FELICIANO,

Plaintiff,

vs.

EASTERN HOPE CORPORATION,

Defendant.

Civil Action No. 08-0001

<u>Order Rescheduling Status/Settlement
Conference</u>

Stephen C. Woodruff
Attorney at Law
P.O. Box 500770
Saipan, MP 96950

Joaquin DLG Torres
Attorney at Law
P.O. Box 501856
Saipan, MP 96950

The Status/Settlement Conference in this case set for Friday, July 11, 2008, at 9:00 a.m., is rescheduled to 8:30 a.m., on the same date.

IT IS SO ORDERED.

DATED this 1st day of July, 2008.

_____
Judge Alex R. Munson